UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:12-CV-21599-JIC

DENISE FIORILLO,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## JOINT STIPULATION OF SETTLEMENT

Plaintiff, DENISE FIORILLO, and Defendant, CARNIVAL CORPORATION, by and through their undersigned counsel, hereby notify the Court and all interested parties that they have settled the above-referenced matter. Once the parties have finalized the related settlement documents, the parties will be filing a Stipulation of Dismissal with Prejudice.

Respectfully submitted on this 6th day of March, 2013,

| | |
|---|---|
| GERSON & SCHWARTZ P.A.<br>Attorneys for Plaintiff<br>1980 Coral Way<br>Miami, Florida 33145<br>Tel: (305) 371-6000<br>Facsimile: (305) 371-5749<br><br>By: /s/ *Edward S. Schwartz*<br>EDWARD S. SCHWARTZ<br>Florida Bar No.: 346721<br>eschwartz@gslawusa.com | MASE, LARA, EVERSOLE, P.A.<br>*Attorneys for Defendant*<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br><br>By: */s/Lauren E. DeFabio*<br>CURTIS J. MASE<br>Florida Bar No.: 478083<br>cmase@mletrial.com<br>LAUREN E. DEFABIO<br>Florida Bar No.: 84121<br>ldefabio@mletrial.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

By: /s/ *Lauren DeFabio*
LAUREN E. DEFABIO

**SERVICE LIST**
**CASE NO.: 1:12-cv-21599-JIC**

Edward Steven Schwartz
Gerson & Schwartz PA
*Attorneys for Plaintiff*
1980 Coral Way
Miami, Florida 33145
Tel: (305) 371-6000
Fax: (305) 371-5749
eschwartz@gslawusa.com

18352/703