UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21599-CIV-COHN/SELTZER

DENISE FIORILLO,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a Panamanian
corporation d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 89] ("Stipulation"). The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own fees and costs;

3. The Court retains jurisdiction to enforce the parties' settlement agreement; and

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 14th day of March, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.